NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTEGRATED CLAIMS SYSTEMS, LLC,**
*Appellant*

**v.**

**CARE N' CARE INSURANCE COMPANY, INC., TRIZETTO CORPORATION,**
*Appellees*

---

2016-2527, 2016-2733, 2016-2734

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2015-00062, CBM2015-00063, CBM2015-00064.

---

## JUDGMENT

---

JOHN F. WARD, Kelley Drye & Warren, LLP, New York, NY, argued for appellant. Also represented by DAVID LINDENBAUM.

GIANNI CUTRI, Kirkland & Ellis LLP, Chicago, IL, argued for appellees. Also represented by JARED MICHAEL BARCENAS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, BRYSON, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| May 3, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |